UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARCYE MAKI,

    Defendants.

_____/

Case No. 2:13-cr-16

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 16, 2013, for arraignment on the indictment alleging one count of attempted distribution of oxycodone and one count of attempted distribution of methadone. A motion for detention was filed by the government prior to the hearing and supported by a recommendation from pretrial services. Defense counsel requested additional time within which to prepare for a detention hearing. Therefore, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings. Counsel for the defendant shall contact the court when ready to schedule a detention hearing.

    IT IS SO ORDERED.

Date: October 17, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge